9058

### TOWN OF DENMARK v. ROBINSON.

(84 S. E. 885.)

CRIMINAL LAW.    APPEAL AND ERROR.    NEW TRIALS.

Where an appeal from order granting a new trial in a criminal case involves only questions of law, the Court may render judgment absolute on appeal, but where questions of fact are involved, which prevent the entry of judgment absolute, the appeal will be dismissed.

Before SEASE, J., Bamberg, March, 1914.    Appeal dismissed.

Prosecution by town of Denmark against J. H. Robinson for storing intoxicating liquors.    From an order of the Circuit Court granting a new trial, the town appeals.

*Mr. J. Wesley Crum, Jr.,* for appellant.

*Mr. James E. Davis,* for respondent.

April 9, 1915.

The opinion of the Court was delivered by MR. CHIEF JUSTICE GARY.

The principles announced in the case of town council of the *Town of Denmark* v. *Corley, supra,* in which the opinion has just been filed are conclusive of the questions raised by the appeal in this case.

Appeal dismissed.